UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

$20,532 United States Currency,

    Defendant.
_____/

Case No. 1:23-cv-1133

Hon. Robert J. Jonker

**ORDER OF RECUSAL**

In accordance with 28 U.S.C. § 455(a) and § 455(b)(1), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case to another magistrate judge in accordance with the approved procedure.

**IT IS SO ORDERED.**

Dated: October 30, 2023

/s/ Ray Kent
RAY KENT
United States Magistrate Judge